# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

OMAR K. POPE

E-filing    CR 08  0568

WHA

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm
18 U.S.C. § 924(d) - Forfeiture of Firearms

---

INDICT

A true bill.

_____
Foreman

Filed in open court this  21  day of  August  2008

_____
Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm;
18 U.S.C. § 924(d) – Forfeiture of Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Term of Imprisonment of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----

▶ OMAR K. POPE

DISTRICT COURT NUMBER

CR 08 0568 WHA

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction  } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
State of California

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year 04/19/2008

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 0568 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d) – Forfeiture of Firearms |
| v. | ) |
| OMAR K. POPE, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 922(g) - Felon in Possession of a Firearm

On or about April 19, 2008, in the Northern District of California, the defendant,

OMAR K. POPE

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Heckler & Koch, model HK4, 9 mm handgun, serial number 43277, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

INDICTMENT

1  FORFEITURE ALLEGATION: 18 U.S.C. § 924(d) - Forfeiture of Firearms

2      As a result of the foregoing offenses contained in Count One, the defendant shall forfeit
3  to the United States all firearms and ammunition involved in the commission of violations of
4  Title 18, United States Code, Section 922(g)(1) as listed in Count One; all in violation of Title
5  18, United States Code, Section 922(g)(1), Section 924(d), and Title 28, United States Code,
6  Section 2461(c).

7

8  DATED: 8-21-08    A TRUE BILL.

9

10                                    FOREPERSON

11  JOSEPH P. RUSSONIELLO
    United States Attorney
12

13

14  KYLE F. WALDINGER
    Deputy Chief, Major Crimes Section
15

16

17  (Approved as to form: _____)
                              AUSA OWENS

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                               2