JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0568 WHA |
|     Plaintiff, | |
| v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| OMAR K. POPE, | |
|     Defendant. | |

    To the Honorable Joseph C. Spero, United States District Court Judge of the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner OMAR K. POPE, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is

//

//

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 08-0568 WHA

1  required to appear in the above-entitled matter in this Court, and therefore petitioner requests
2  that this Court issue the Writ as presented.

4  DATED: August 26, 2008                    Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                                /s/ Derek Owens
                                             _____
                                             DEREK OWENS
                                             Assistant United States Attorney

10 IT IS SO ORDERED.

12 DATED:

                                             _____
                                             HON. JOSEPH C. SPERO
                                             United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 08-0568 WHA
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460.

**GREETINGS**

 WE COMMAND that on September 17, 2008, at 9:30 p.m., you have and produce the body of OMAR K. POPE, California Department of Corrections number T70288, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Elizabeth D. Laporte, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so OMAR K. POPE may then and there appear for a status appearance upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of OMAR K. POPE, and to further produce OMAR K. POPE at all times necessary until the termination of the proceedings in this Court;

 WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

 WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:            CLERK
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

                  _____
                  DEPUTY CLERK