1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney

       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0568 WHA |
| Plaintiff, | |
| v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| OMAR K. POPE, | |
| Defendant. | |

To the Honorable Joseph C. Spero, United States District Court Judge of the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner OMAR K. POPE, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is

//
//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 08-0568 WHA

1  required to appear in the above-entitled matter in this Court, and therefore petitioner requests
2  that this Court issue the Writ as presented.
3
4  DATED: August 26, 2008                    Respectfully submitted,
5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6
7                                                /s/ Derek Owens
8                                            DEREK OWENS
                                             Assistant United States Attorney
9
10 IT IS SO ORDERED.
11
12 DATED:  8/27/8
13
14                                           HON. JOSEPH C. SPERO
                                             United States Magistrate Judge
15

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 08-0568 WHA

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460.

**GREETINGS**

WE COMMAND that on September 17, 2008, at 9:30 p.m., you have and produce the body of OMAR K. POPE, California Department of Corrections number T70288, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Elizabeth D. Laporte, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so OMAR K. POPE may then and there appear for a status appearance upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of OMAR K. POPE, and to further produce OMAR K. POPE at all times necessary until the termination of the proceedings in this Court;

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: August 27, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Karen L. How*
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 08-0568 WHA

3