**FILED**

FEB 1 9 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant POPE
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   No. CR-08-00568 WHA (NJV)
                                      )
11 |         Plaintiff,                )
                                      )   STIPULATION AND [PROPOSED] ORDER
12 |    v.                             )   RE: CONTACT JAIL VISIT
                                      )
13 | OMAR POPE,                        )
                                      )
14 |         Defendant.                )
                                      )
15

16    OMAR POPE is currently an inmate at the Glenn E. Dyer Detention Facility in Oakland,

17 California. His PFN Number is ULN 318.

18    Mr. Pope's mother, Sharon Pope, is gravely ill and would like to have a contact visit with her

19 son as soon as possible. The United States Marshal has contacted personnel at the detention facility

20 to apprise them of the urgency of the situation and the need for a contact visit. According to

21 Defendant's family, the jail personnel have stated that they require a written document authorizing a

22 contact jail visit with Defendant, his mother, and a family member who will accompany Mrs. Pope to

23 the jail.

24    Counsel for the government has no objection to this request.

25 //

26 //

STIP. & [PROP.] ORDER RE: CONTACT JAIL
VISIT; U.S. v. Pope, CR-08-00568 WHA

IT IS SO STIPULATED.

DATED: February 19, 2009

/s/
JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
DEREK OWENS
Assistant United States Attorney

DATED: February 19, 2009

/s/
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
RONALD C. TYLER
Assistant Federal Public Defender

## [PROPOSED] ORDER

TO: The United States Marshal's Service and Glenn E. Dyer Detention Facility, Alameda County:

You are directed to permit Omar Pope to have a contact visit with his mother, Sharon Pope, and a family member accompanying Mrs. Pope, as soon as is practicable.

IT IS SO ORDERED.

DATED: February 19, 2009

NANDOR J. VADAS
United States Magistrate Judge